1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

U.S. ex rel. Cheryle Kerr

       Plaintiff(s),

vs.

APS Healthcare, Inc., et al.

       Defendant(s).

Case #2:11-cv-01454-MMD-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

_____Jamie M. Bennett_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

Ashcraft & Gerel, LLP
(firm name)

with offices at _____4301 Garden City Drive, Suite 301_____,
(street address)

_____Landover_____, _____Maryland_____, _____20785_____,
(city) (state) (zip code)

_____(301) 459-8400_____, _____jbennett@ashcraftlaw.com_____.
(area code + telephone number) (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

_____Cheryle Kerr_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3. That since <ins>August 6, 1984</ins> (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <ins>District of Columbia</ins> (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court for the District of Colombia | August 6, 1984 | 367425 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

2

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N/A

7. That Petitioner is a member of good standing in the following Bar Associations:

District of Columbia Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 12/11

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Maryland_____ )
COUNTY OF __Prince George's__ )

_____Jamie M. Bennet_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this

19th day of ___June___, 2012.

_____
Notary Public or Clerk of Court

TRACIE L. CROWLEY
NOTARY PUBLIC
St. Mary's County, Maryland
My Commission Expires October 8, 2013

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Key G. Reid_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____2370 Corporate Circle, 3rd Floor_____,
(street address)

___Henderson___, ___Nevada___, ___89074___,
(city)           (state)         (zip code)

___(702) 990-2166___, ___key.reid@greenspuncorp.com___.
(area code + telephone number)   (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Key G. Reid, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

7151                             key.reid@greenspuncorp.com
Bar number                       Email address

APPROVED:

Dated: this __22nd__ day of __June, 2012_____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11

# United States District & Bankruptcy Courts for the District of Columbia

## CLERK'S OFFICE

333 Constitution Avenue, NW
Washington, DC  20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**JAMIE M. BENNETT**

was, on the __6th__ day of __August__ A.D. __1984__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __19th__ day of __October__ A.D. 2011.

ANGELA  D.  CAESAR, CLERK

By: _____
Deputy Clerk