# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NEVADA, ex rel, CHERYLE KERR, <br><br>            Plaintiff, <br><br>vs. <br><br>APS HEALTHCARE, INC., *et al.*, <br><br>            Defendants. | Case No.  2:11-cv-01454-MMD-GWF |

This matter is before the Court on the Stipulated Discovery Plan and Scheduling Order (#30), filed October 11, 2012.  The parties are requesting a stay of discovery pending the decision on Defendants' Motion to Dismiss.  Upon review and consideration,

**IT IS ORDERED** the Stipulated Discovery Plan and Scheduling Order (#30) is **granted**.

**IT IS FURTHER ORDERED** that the parties are to file a discovery status report with the Court within seven (7) days after entry of an order denying the motion to dismiss in whole or in part.  The Court will set a discovery status conference as appropriate.

DATED this 12th day of October, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge