# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF NEVADA, ex rel, CHERYLE KERR,<br><br>          Plaintiff,<br><br>vs.<br><br>APS HEALTHCARE, INC., *et al.*,<br><br>          Defendants. | Case No.  2:11-cv-01454-RFB-GWF |

This matter is before the Court on the Status Report (#77) filed on August 27, 2014, wherein it was stipulated and agreed upon between the parties and their respective counsel that all proceedings in this matter be stayed until September 15, 2014.  Upon review and consideration,

**IT IS HEREBY ORDERED** that this matter is stayed until September 15, 2014 at which time a stipulation of dismissal shall be filed, or in the alternative, a status report shall be filed.

DATED this 28th day of August, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge